UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| JOHN M. BERRY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 09-60-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. SCHMITT, in his official capacity as Chair of the Kentucky Bar Association Inquiry Commission, | ) ) ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

All issues raised in this action having been finally resolved, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant Michael J. Schmitt, in his official capacity as Chair of the Kentucky Bar Association Inquiry Commission, with respect to Plaintiff John M. Berry, Jr.'s second cause of action.

(2) Pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, Berry's first cause of action is **DISMISSED**, without prejudice, for lack of subject-matter jurisdiction.

(3) All claims having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 12th day of April, 2011.

